| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

**GOELET DEVELOPMENT, INC.,**

                Plaintiff,

v.

**DIRK KEMPTHORNE, Secretary of the Interior, U.S. DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, GOVERNMENT OF THE VIRGIN ISLANDS, WILL THURLAND, CREDIT BUREAU OF ST. CROIX, and JAMES RIVER CAPITAL CORPORATION,**

                Defendants.

2007-CV-0050

TO:    Carl A. Beckstedt, III, Esq.
         Angela Tyson-Floyd, Esq., AUSA
         Renee D. Dowling, Esq.
         George H. Logan, Esq.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon the Stipulation of Dismissal (Docket No. 30) between Plaintiff and Defendant Will Thurland.

Accordingly, it is now hereby **ORDERED**:

1.    Stipulation of Dismissal (Docket No. 30) is **GRANTED**.

*Goelet Development, Inc. v. Kempthorne*
2007-CV-0050
Order Granting Stipulation of Dismissal
Page 2

    2.    This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITHOUT PREJUDICE** as against Defendant **WILL THURLAND,** with each party bearing their own costs and fees.

ENTER:

Dated: August 6, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE