| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

**GOELET DEVELOPMENT, INC.,**

                 Plaintiff,

  v.

**DIRK KEMPTHORNE, Secretary of the Interior, U.S. DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, GOVERNMENT OF THE VIRGIN ISLANDS, WILL THURLAND, CREDIT BUREAU OF ST. CROIX, and JAMES RIVER CAPITAL CORPORATION,**

                 Defendants.

2007-CV-0050

**TO:**   Carl A. Beckstedt, III, Esq.
        Angela Tyson-Floyd, Esq., AUSA
        Renee D. Dowling, Esq.
        George H. Logan, Esq.

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon the Stipulation of Dismissal (Docket No. 31) between Plaintiff and Defendant James River Capital Corporation.

Accordingly, it is now hereby **ORDERED**:

1.    Stipulation of Dismissal (Docket No. 31) is **GRANTED**.

*Goelet Development, Inc. v. Kempthorne*
2007-CV-0050
Order Granting Stipulation of Dismissal
Page 2

    2.    This matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), is **DISMISSED WITHOUT PREJUDICE** as against Defendant **JAMES RIVER CAPITAL CORPORATION,** with each party bearing their own costs and fees.

ENTER:

Dated: August 6, 2008

                             /s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE