# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **GOELET DEVELOPMENT INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **KEMTHORNE, SECRETARY OF THE INTERIOR, et al.** | : | **NO. 07-50** |

## ORDER

**NOW**, this 30th day of November, 2016, upon consideration of the Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment (Document No. 54), the plaintiff's response, and the federal defendants' reply, it is **ORDERED** that the motion is **DENIED**.

   /s/ TIMOTHY J. SAVAGE, J.
TIMOTHY J. SAVAGE,   J.